UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES NEWTON, JR.,<br><br>           Petitioner,<br><br>   v.<br><br>B. WILLIAMS, et al.,<br><br>           Respondents. | Case No. 2:18-cv-00826-JCM-GWF<br><br>**ORDER** |

Mail from the court to petitioner has been returned, with the notation that petitioner no longer is at High Desert State Prison. The court dismisses this action because petitioner has not informed the court of his current address. See Local Rule IA 3-1.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that this action is **DISMISSED** without prejudice because of petitioner's failure to notify the court of his change in address. The clerk of the court shall enter judgment accordingly and close this action.

IT FURTHER IS ORDERED a certificate of appealability will not issue.

IT FURTHER IS ORDERED that the clerk shall add Aaron Ford, Attorney General for the State of Nevada, as counsel for respondents.

1

IT FURTHER IS ORDERED that the clerk shall electronically serve upon respondents a copy of this order. No response is necessary.

DATED: February 27, 2019.

_____
JAMES C. MAHAN
United States District Judge